Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No.  ******0554/ Our File No. 09-04-3659

ECF FILED ON 5/8/2009

Attorney for Secured Creditor
Chase Home Finance LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

MARLINA AUSTRIA,

        Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 09-15901-LBR

## REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING LIST

TO:  **MARLINA AUSTRIA**          **DEBTORS**
TO:  **Randolph Goldberg, Esq.**  **ATTORNEY FOR THE DEBTOR(S)**
TO:  **Kathleen A. Leavitt**      **CHAPTER 13 TRUSTEE**
TO:  **ALL INTERESTED PARTIES**
TO:  **THE CLERK OF THE ABOVE ENTITLED COURT**

**NOTICE IS HEREBY GIVEN that Chase Home Finance LLC**, as a Secured Creditor in the above-entitled action requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

Date: May 8, 2009

                        /s/ Michael W. Chen            .
                        Michael W. Chen, Esquire
                        Attorney for Secured Creditor
                        Chase Home Finance LLC

- 1 -

**CERTIFICATE OF SERVICE**

The undersigned hereby declares and certifies that on May 8, 2009, a copy of the Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by electronically mailing to:

| | |
|---|---|
| COUNSEL FOR DEBTOR(S) | TRUSTEE |
| Randolph Goldberg, Esq. | Kathleen A. Leavitt |
| randolphgoldberg@yahoo.com | courtsecf@las13.com |

I declare under penalty of perjury that the foregoing is true and correct.

_____*/s/ Mandi Foht*_____ _____
An employee of THE COOPER CASTLE LAW FIRM

- 2 -