Jeremy T. Bergstrom, Esq.                                              E-filed on August 3, 2009
Attorney Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
(702) 369-5960 / FAX (702) 369-4955
File No. 09-93762

Attorneys for Secured Creditor
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re, | BK No.: BK-S-09-15901-LBR |
| MARLINA AUSTRIA, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

Jeremy T. Bergstrom, Esq.
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
PH (702) 369-5960

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:   July 31, 2009          By:    /s/ Jeremy T. Bergstrom, Esq.
                                       Jeremy T. Bergstrom, Esq.
                                       Attorney for Secured Creditor

1

1

## **CERTIFICATE OF MAILING**

2          The undersigned hereby certifies that on ___August 3, 2009_____, a copy of the

3   **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a

4   true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United

5   States Mail, addressed as follows:

6   ATTORNEY FOR DEBTOR:
    Randolph Goldberg
7   4000 S. Eastern Ave. #200
    Las Vegas, NV  89119

8
    CHAPTER 13 TRUSTEE:
9   Kathleen A. Leavitt
    201 Las Vegas Boulevard South, Suite 200
10  Las Vegas, NV  89101

11          I declare under penalty of perjury under the laws of the State of Nevada that the

12  foregoing is true and correct.

13                              ____/s/ Sarah R. Biondo_____
                                An Employee of Miles, Bauer, Bergstrom & Winters, LLP
14  **(09-93762/rfsnlv.dot/srb)**

15

16

17

18

19

20

21

22

23

24

2